# United States District Court

### DISTRICT OF ARIZONA

SEALED

7/6

UNITED STATES OF AMERICA
V.
Juan ORTEGA-Luna
Citizen of Mexico
YOB: 1988
200699807
Illegal Alien

CRIMINAL COMPLAINT

CASE NUMBER: 10-5577mp

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

### COUNT I

That on or about July 5, 2010, near San Luis, Arizona in the District of Arizona, Defendant Juan ORTEGA-Luna, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325 (Misdemeanor).

Continued on the attached sheet and made a part hereof.    ☒ Yes   ☐ No

Bret Alexander, AUSA

Signature of Complainant
Javier Sanchez
Senior Patrol Agent

Sworn to before me and subscribed in my presence,

July 7, 2010 _____ at _____ Yuma, Arizona
Date                                                        City and State

Jay R. Irwin, U.S. Magistrate
Name & Title of Judicial Officer                Signature of Judicial Officer

STATEMENT OF FACTUAL BASIS

Defendant: Juan ORTEGA-Luna

Dependents: None

**IMMIGRATION HISTORY:** The Defendant is an illegal alien. **The Defendant has been apprehended by the United States Border Patrol three (3) previous occasions.**

**CRIMINAL HISTORY:**

| **DATE** | **LOCATION** | **OFFENSE** | **DISPOSITION** |
| --- | --- | --- | --- |
| 2/08/06 | Rincon, GA | DUI/Drugs Marijuana | No Disposition |
| 03/15/07 | Pooler, GA | DUI/Drugs Marijuana | Convicted/Bond Forfeiture |
| 11/13/08 | Savannah, GA | Giving False Name to Law Enforcement | No Disposition |
| 12/15/08 | Savannah, GA | Driving Without a License | No Disposition |

Narrative: The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Yuma Border Patrol agents near San Luis, Arizona.

The Defendant was questioned as to his citizenship and immigration status. Agents determined that the Defendant is an undocumented National of Mexico and illegally in the United States.

The Defendant was transported to the Yuma station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

**The Defendant is being presented for prosecution proceedings under "Operation Streamline." The Defendant entered the United States from Mexico through a designated "zero tolerance zone."**

The Defendant last entered the United States illegally without inspection near San Luis, Arizona on July 5, 2010.

Charges: 8 USC§1325     (Misdemeanor)

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

_____July 7, 2010_____
Date

_____
Signature of Judicial Officer